# FISHMAN MCINTYRE LEVINE SAMANSKY P.C.

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN <
PETER J. MURANO, III*
KEVIN J. DONNELLY *
ANN MARIE F. KANE*
MARK N. KEDDIS*
CAROLINE PAPADATOS <

NEW YORK OFFICE
521 FIFTH AVENUE, 17th FL.
NEW YORK, NY 10175
Tel (212) 461-7190
Fax (973) 560-0060
*(Mail and Overnight Deliveries
to New Jersey office)*

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

> NJ BAR
< NY BAR
⅄ NJ, NY & CT BARS
**NJ & DC BARS
* NJ & NY BARS

+ Certified by the Supreme Court
of NJ as a Civil Trial Attorney

www.fishmanmcintyre.com

November 13, 2024

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Defendant's request is DENIED. At the discovery conference on November 1, 2024, in the context of a late-disclosed document by Plaintiff, the Court informed counsel that it would not move the trial date. Discovery concluded months ago, extensions were granted to the parties to file pretrial materials, and the trial date has been set since August 2024. Defendant should issue any subpoenas necessary in order to prepare for commencement of trial on November 18, 2024.*

**SO ORDERED.**

Date:  November 13, 2024
New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    **Kamel v. Best Buy Co., Inc.**
       **Case No.: 1:23-cv-00033 (JLR)**
       **Our File No.: BBY-065**

Dear Judge Rochon:

As you may know this firm represents defendant, Best Buy Co., Inc., in connection with the above. This matter is scheduled to start jury selection and trial on Monday, November 18, 2024. However, by this letter, Best Buy respectfully requests an adjournment of the same.

The basis of the adjournment is that Best Buy's principal witness (Mr. Damion Dowden), who plaintiff's counsel stated he would be calling in this case in chief, left his employment with Best Buy yesterday. I am attempting to determine the circumstances of that, but as of today, Mr. Dowden has cut off all communications with our office and Best Buy, and just before that, advised that he would not be appearing at trial.

Best Buy would like sufficient time to investigate the circumstances of Mr. Dowden's departure and attempt to subpoena him on a rescheduled trial date.

I have spoken to plaintiff's counsel within the hour, who does not consent to this request.

If Your Honor is inclined to grant this request, we ask for sufficient time to allow the defendant to cure the above issue as best as possible.

Thank you very much.

Respectfully yours,

Mitchell B. Levine

MBL/mg

cc:    Michael James Prisco, Esq.  (*Via ECF*)