UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALID KAMEL,<br><br>        Plaintiff,<br><br>  -against-<br><br>BEST BUY CO., INC.,<br><br>        Defendant. | Case No. 1:23-cv-00033 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons discussed on the record today at trial, at the request of Plaintiff, Mr. Prisco is relieved as counsel for Plaintiff. Plaintiff Walid Kamel shall represent himself *pro se*.

Dated: November 20, 2024
     New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge

1