**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WALID KAMEL,

                Plaintiff,                          23 **CIVIL** 0033 (JLR)

      -against-                                **JUDGMENT**

BEST BUY CO., INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jennifer L. Rochon, United States District Judge, Plaintiff Walid Kamel has judgment against the defendant. Accordingly, judgment is entered in favor of Plaintiff in the amount of $250,000.00 pursuant to the parties' stipulation as to damages, and the case is closed.

**DATED:** New York, New York
              November 21, 2024

So Ordered:

                                                                     DANIEL ORTIZ
                                                                    Acting Clerk of Court

                                                          **BY:**

_Jennifer Rochon_
**U.S.D.J.**                                                                **Deputy Clerk**