UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALID KAMEL,<br><br>                              Plaintiff,<br><br>       -against-<br><br>BEST BUY CO., INC.,<br><br>                              Defendant. | Case No. 1:23-cv-00033 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 11, 2024, Plaintiff's former counsel, Michael Prisco, moved this Court for an order setting a charging lien in the amount of $48,534.26 and disbursements in the amount of $3,488.48 for legal work performed on behalf of Plaintiff Walid Kamel; and an order directing Defendant Best Buy Co., Inc., to issue a check in the amount of $52,022.74 as partial satisfaction of the judgment.  The parties are directed to file any responses to this motion by December 26, 2024, and are reminded that those responses should comply with Judge Rochon's individual rules, available here: https://www.nysd.uscourts.gov/hon-jennifer-l-rochon.

The Clerk of Court is directed to mail this order to the address Plaintiff provided in his *pro se* submission, Dkt. 53, 1966 1st Ave, NY, NY 10029.

Dated: December 12, 2024
        New York, New York

                                                            SO ORDERED.

                                                            *Jennifer Rochon*
                                                            JENNIFER L. ROCHON
                                                            United States District Judge

1