UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALID KAMEL,

Plaintiff,

-against-

MICHAEL PRISCO,

Movant,

BEST BUY CO., INC.,

Defendant.

Case No. 23-cv-00033 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

On December 16, 2024, Defendant Best Buy Co., Inc. sought leave to deposit $250,000 with the Court in satisfaction of the judgment in Plaintiff Walid Kamel's favor pursuant to Federal Rule of Civil Procedure 67. Dkt. 56. On January 28, 2025, the Court granted Defendant's motion in part and permitted Defendant to deposit into its registry $52,022.74, the amount disputed between Plaintiff and his former counsel, Michael J. Prisco, pending the resolution of Mr. Prisco's charging lien motion. Dkt. 77. On March 18, 2025, the Court granted Mr. Prisco's motion to set a charging lien and directed the Court's registry to issue a check in the amount of $52,022.74 to the Law Office of Michael James Prisco. Dkt. 78. However, Defendant has not deposited the disputed amount into the Court's registry, despite seeking its leave to do so. Defendant is therefore directed either to deposit the amount of $52,022.74 forthwith so that the Court can disburse it to Mr. Prisco, or to mail a check to Mr. Prisco at the address set forth in the Court's prior order, *see id.* Defendant is directed to provide an update to

the Court by **March 25, 2025**.  The Clerk of Court is respectfully directed to mail a copy of this

Order to Plaintiff at the address listed on the docket.

Dated:  March 19, 2025
        New York, New York

                                SO ORDERED


                                _____
                                JENNIFER L. ROCHON
                                United States District Judge